```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ZHEN MING CHEN,
                Plaintiff,

18 CIVIL 4193 (JPO)

-against-

**DEFAULT JUDGMENT**

Y CAFÉ AVE B INC., et al.,
                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated May 30, 2019, Plaintiff's motion for default judgment is GRANTED. Judgment is entered in favor of Plaintiff and against Defendants Y Cafe Ave B Inc., Y Cafe NYC Inc., Kwan Chan-Shek Lai, and Fu Shi Chao, jointly and severally, in the amount of $54,225, plus prejudgment interest on $16,892.50 from July 13, 2015, to the date of judgment at a rate of nine percent per annum, in the amount of $5,902.19. The judgment includes: (1) damages for unpaid overtime wages, spread-of-hours pay, statutory damages, and liquidated damages under the FLSA and the NYLL in the amount of $43,785; (2) prejudgment interest in the amount of $5,902.19; (3) attorney's fees of $9,940; and (4) costs of $500; for a total judgment of $60,127.19; accordingly, the case is closed.

**DATED** : New York, New York
           May 30, 2019

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

                              **By:** _____
                                          **Deputy Clerk**